**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Yellow Corporation, et al.,<br><br>Debtors. | Chapter 11<br><br>Case No. 23-11069 (CTG)<br><br>(Jointly Administered) |
| Yellow Corporation,<br><br>Plaintiff,<br><br>v.<br><br>Pasha Hawaii Holdings LLC,<br><br>Defendant. | Adv. Proc. No. 25-51570-CTG |

**MEDIATOR'S REPORT**

In accordance with paragraph 18 this Court's *Order Establishing Streamlined Procedures Governing Adversary Proceedings with Total in Controversy Greater Than $150,000.00 Brought by Plaintiff Pursuant to Sections 502, 547, 548, 549 and 550 of the Bankruptcy Code*, filed at docket number 7638 in the main case, the undersigned mediator hereby reports that, after a series of discussions prior to the scheduled mediation, this matter has settled.

**Dated:** August 10, 2026

*/s/ Lucian Murley*
Lucian B. Murley (DE Bar No. 4892)
Akerman LLP
222 Delaware Avenue, Suite 1710
Wilmington, Delaware 19801
Telephone: (302) 596-9205
Email: luke.murley@akerman.com